**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re: | Case Number 16-11056-BAH |
| Joanne C. Evarts | Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE EVIDENTIARY HEARING ON OBJECTION TO PROOF OF CLAIM [DOC. NO. 41] AND EXTEND RELEVANT DEADLINE(S)**

Now comes Federal National Mortgage Association ("Secured Creditor") and respectfully requests that the evidentiary hearing presently currently scheduled for Thursday, July 26, 2018 at 9AM be continued to Thursday, September 13, 2018 at 9AM.

As grounds for said Motion, Secured Creditor states that the subject mortgage loan was recently service-transferred (to BSI Financial Services ("BSI")), and additional time is required for undersigned counsel to review the present posture of this case with BSI in order to determine how BSI (and its investor, to the extent applicable and appropriate) intend to proceed relative to this matter.

WHEREFORE, Secured Creditor respectfully requests that the evidentiary hearing presently currently scheduled for Thursday, July 26, 2018 at 9AM be continued to Thursday, September 13, 2018 at 9AM. Debtor's Counsel as to the pending Objection, Attorney Peter S. Wright, Jr., has assented to the filing of this Motion.

Secured Creditor notes that the Debtor filed a Final Pre-Trial Statement in this case on June 20, 2018 [Doc. No. 94] in accordance with the Court's (Amended) Order of June 18, 2018 [Doc. No. 93]. Insofar as Secured Creditor did not join in on the filing of such Statement, Secured Creditor reserves the right to supplement and/or seek to amend such Statement prior to the re-scheduled evidentiary hearing date. As such, Secured Creditor respectfully requests that a deadline in which such filings shall be made be extended through and including Thursday, September 6, 2018.

[SIGNATURE ON NEXT PAGE]

15-023536 / BK04

Date:  June 22, 2018

                                          Respectfully submitted,
                                          Federal National Mortgage Association
                                          By its attorney,

                                          <u>/s/ Marcus Pratt</u>
                                          Marcus Pratt, Esquire
                                          NH Bar #21206, BNH #07275
                                          Korde & Associates, P.C.
                                          900 Chelmsford Street, Suite 3102
                                          Lowell, MA 01851
                                          Tel: (978) 256-1500
                                          bankruptcy@kordeassociates.com

15-023536 / BK04

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re: | Case Number 16-11056-BAH |
| Joanne C. Evarts | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Federal National Mortgage Association** hereby certify that on June 22, 2018 I electronically filed the foregoing *Assented to Motion to Continue and Extend* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of the U.S. Trustee
Lawrence P. Sumski, Trustee
Peter S. Wright, Jr., Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Joanne C. Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

Joanne C. Evarts
P.O. Box 306
Plainfield, NH 03781

Town of Cornish, NH
Attn: Tax Collector
488 Townhouse Road, P.O. Box 183
Cornish Flat, NH 03746

Estate of Jeremiah Evarts
P.O. Box 306
Plainfield, NH 03781

Estate of Jeremiah Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

15-023536 / BK04