In re: Joanne C. Evarts

Bankruptcy No. 16-11056-BAH

Objection to Proof of Claim No. 2

Exhibit 12 - Proof of Continuous Home Owner's Insurance 12/7/2011 to Present



## THE ROCKWOOD AGENCY
Insurance · Taxes · Retirement Planning

September 6th, 2018

To Whom It May Concern,

The attached documents show evidence of property insurance for the home at 18 Butternut Drive Cornish, NH 03745 owned by Jo Evarts from original term of 12/7/2011- 12/7/2012 with Vermont Mutual Insurance Company. As well you will see the policy declarations pages for the same homeowners policy in its current term of 12/7/2017-12/7/2018 that is currently in good standing and is active. Lastly you will see an email dated today 9/6/2018 from an underwriter at Vermont Mutual Insurance Company confirming continuous coverage. These documents show that the insured, Jo Evarts, has maintained an insurance policy with Vermont Mutual Insurance company from 12/7/2011 to this very day. Please let us know if you have any questions or need any additional information.

Take Care,

Kabray Rockwood



# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 1/4/2012

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
Poulos Insurance Inc.
PO Box 298
Woodstock VT 05091
PHONE (A/C, No, Ext): (802) 457-1422
FAX (A/C, No): (802) 457-1425
E-MAIL ADDRESS: info@poulosinsurance.com
CODE: 44156  SUB CODE:
AGENCY CUSTOMER ID #: 00071943

**COMPANY**
Vermont Mutual Insurance Co.
89 State Street
P.O. Box 188
Montpelier VT 05601

**INSURED**
JO EVARTS & JEREMIAH EVARTS
18 BUTTERNUT DR
CORNISH NH 03745-4144

**LOAN NUMBER:**
**POLICY NUMBER:** HO17050628
**EFFECTIVE DATE:** 12/7/2011
**EXPIRATION DATE:** 12/7/2012
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
Loc# 0001
18 BUTTERNUT DR
CORNISH, NH 03745-4144

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| 3, Special Form | | |
| Dwelling, 04/1991 | 500,500 | 1,000 |
| Other structures | 50,050 | |
| Personal property | 350,350 | |
| Loss of use | 100,100 | |
| Personal liability | 500,000 | |
| Medical payments | 5,000 | |
| Non smokers discount, HONSD | | |
| Superior Home Discount, HOSPR | | |
| Premises alarm, HO0416, 04/1991 | | |

### REMARKS (Including Special Conditions)
Annual Premium $1214.00.  Mortgagee billed.

### CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

### ADDITIONAL INTEREST

NATION STAR MORTGAGE LLC
PO BOX 7729
SPRINGFIELD, OH 45501-7729

[X] MORTGAGEE  [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #:

**AUTHORIZED REPRESENTATIVE**
Susan Spaulding/SAS  *Susan A. Spaulding*

ACORD 27 (2009/12)
IN8027 (200912).02
© 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**Vermont Mutual Insurance Company**
89 State Street, PO Box 188
Montpelier, VT 05602

To report a claim call your Agent
or the company at 800-435-0397

06/09/2018

Policy Number: HO17050628
POLICY CHANGE

DIRECT BILL TO MORTGAGEE
BSI FINANCIAL SERVICES

## HOMEOWNERS POLICY - DECLARATIONS

The Declarations complete this policy and supersede any previous Declarations issued by this Company.

**Named Insured / Mailing Address**
JO EVARTS
18 BUTTERNUT DR
CORNISH, NH 03745-4144

**Agency / Address**
NFP PROPERTY & CASUALTY-WDSTK
SERVICES INC
PO BOX 298
WOODSTOCK, VT 05091-0298
(802) 457-3341

**Policy Period**
From: 12/07/2017 To: 12/07/2018 **12:01 A.M. Standard Time at residence premises.**

The residence premises covered by this policy is located at:
18 BUTTERNUT DR
CORNISH, NH 03745-4144

---

CHANGE EFFECTIVE: 06/01/2018         CHANGE RECEIVED FROM: MORTGAGEE
SUMMARY OF CHANGE:
AMENDED MORTGAGEE PER MORTGAGEE REQUEST
NO CHANGE IN PREMIUM

---

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions.

| COVERAGE SECTION I | LIMIT OF LIABILITY | | PREMIUM |
|---|---|---|---|
| A. Dwelling | $635,000 | Basic Policy Premium | $1,844.00 |
| B. Other Structures | $63,500 | Additional Premiums | $143.00 |
| C. Personal Property | $444,500 | | |
| D. Loss of Use | $127,000 | | |
| | | Total Premium | $1,987.00 |

**SECTION II**
E. Personal Liability-each occurrence    $500,000
F. Medical Payments to Others-each person    $5,000

**DEDUCTIBLES**
In case of a loss under Section I, we cover only that part of the loss over the
$1,000 All Perils Deductible

**SECTION II - OTHER INSURED LOCATIONS**

**MORTGAGEE**
BSI FINANCIAL SERVICES
ISAOA/ATIMA
PO BOX 961260
FORT WORTH, TX 76161-0260

LOAN NUMBER: N/A

---

Date         Countersigned by Authorized Agent

Forms and endorsements made a part of this policy at time of issue are printed on the following page(s).

Insured

POLICY NUMBER  
HO17050628

NAMED INSURED  
JO EVARTS

## FORMS AND ENDORSEMENTS MADE A PART OF THIS POLICY
## AT TIME OF ISSUE

| FORM | ED. DATE | DESCRIPTION | PREMIUM |
|---|---|---|---|
| HO0003 | 04/91 | SPECIAL FORM | $1,844 |
| VH0128 | 05/08 | SPECIAL PROVISIONS | NO CHARGE |
| HO0432 | 05/02 | LTD. FUNGI, WET OR DRY ROT... | NO CHARGE |
| HO0446 | 04/91 | INFLATION GUARD | INCLUDED |
| HO0496 | 04/91 | HOME DAY CARE EXCLUSIONS | NO CHARGE |
| HO2491 | 01/08 | WORKERS COMPENSATION | $3 |
| HOSCE | 08/06 | SEC I COV B - OTHER STRUCTURES | NO CHARGE |
| HO0416 | 04/91 | 2% PROTECTIVE DEVICE CREDIT | INCLUDED |
| HO0455 | 03/03 | IDENTITY FRAUD EXPENSE COVERAG | $25 |
| HO0490 | 04/91 | PERSONAL PROP REPLACEMENT COV | INCLUDED |
| HOHSB1 | 11/13 | HOME SYSTEM PROTECTION COV | INCLUDED IN NHHCA |
| HOLFC |  | LOSS FREE CREDIT 3 YEARS LOSS FREE 6% DISCOUNT | INCLUDED |
| HOSPR |  | SUPERIOR HOME DISCOUNT | INCLUDED |
| NHHCA | 07/14 | HOMEOWNER COVERAGE ADVANTAGE | $115 |
| NP2881 | 01/15 | NOTICE TO POLICYHOLDERS |  |
| NP9949 | 11/14 | USE OF CREDIT BASED INS SCORES |  |
| NP9953 | 04/16 | FAIR CREDIT REPORTING ACT |  |
| PRNOTICE | 06/01 | PRIVACY NOTICE |  |

This page specifies the declarations for endorsements made a part of this policy at time of issue.
Any newly added forms are attached.

Insured

# Fw: Jo Evarts HO17050628

**Rockwood, Kabray**

Thu 9/6/2018 11:05 AM

To:therockwoodagency2@hotmail.com <therockwoodagency2@hotmail.com>;

📎 1 attachments (14 KB)

Attachment.pdf;

---

**From:** Michael Germano <MGermano@VermontMutual.com>
**Sent:** Thursday, September 6, 2018 11:01 AM
**To:** Rockwood, Kabray
**Subject:** Jo Evarts HO17050628

**ATTENTION - EXTERNAL EMAIL - This email originated from the following external email address - mgermano@vermontmutual.com.**

---

Good Morning,

Per our phone discussion – the above listed policy has had continuous coverage since issued on 12/07/2011. The policy was non-renewed in 2012, but reinstated with no lapse.

Mike Germano
Personal Lines Underwriter II
Vermont Mutual Insurance Group®

P: 800-451-5000 x 8317
E: mgermano@vermontmutual.com

PO Box 188 – 89 State Street
Montpelier, VT 05601-0188

---

NOTICE: The information contained in this e-mail and any attachments is intended solely for the recipient(s) named above, and may be confidential and legally privileged. If you received this e-mail in error, please notify the sender immediately by return e-mail and delete the original message and any copy of it from your computer system. If you are not the intended recipient, you are hereby notified that any review, disclosure, retransmission, dissemination, distribution, copying, or other use of this e-mail, or any of its contents, is strictly prohibited.

Although this e-mail and any attachments are believed to be free of any virus or other defects, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by the sender for any loss or damage arising if such a virus or defect exists.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.



**VERMONT MUTUAL INSURANCE COMPANY**
89 State Street, P.O. Box 188
Montpelier, VT 05601-0188

## NOTICE OF REINSTATEMENT

POLICY NUMBER: HO1 7-05-06-28
POLICY TYPE: HOMEOWNERS

DATE: 12/19/2012

Mail To:
JO EVARTS
JEREMIAH EVARTS
18 BUTTERNUT DR
CORNISH, NH 03745-4144

Effective Date of
Reinstatement: 12/07/2012

We are pleased to notify you that the above mentioned policy is reinstated without interruption of coverage.

AGENT:
POULOS INSURANCE INC-WOODSTK
WOODSTOCK, VT 05091-0298

NOTICES TO:
NATION STAR MORTGAGE LLC

OTHER NAMED INSURED(S):