# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 16-11056-BAH |
| Joanne C. Evarts | Chapter 13 |

## MOTION TO APPROVE STIPULATION BY AND BETWEEN U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CABANA SERIES III TRUST AND THE DEBTOR

Now comes U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust (the "Movant") and hereby moves that the Court approve the Stipulation filed hereto between Movant and the Debtor.

Dated:  July 12, 2019

Respectfully submitted,
U.S. Bank Trust National Association, as
Trustee of Cabana Series III Trust
By its attorney,

/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re: | Case Number 16-11056-BAH |
|---|---|
| Joanne C. Evarts | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust and/or its successors and assigns** hereby certify that on July 12, 2019 I electronically filed the foregoing *Motion to Approve Stipulation* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of the U.S. Trustee
Lawrence P. Sumski, Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Joanne C. Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

Joanne C. Evarts
P.O. Box 306
Plainfield, NH 03781

Estate of Jeremiah Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

Estate of Jeremiah Evarts
P.O. Box 306
Plainfield, NH 03781

Town of Cornish, NH
Attn: Tax Collector
488 Townhouse Road, P.O. Box 183
Cornish Flat, NH 03746

/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com