**Fill in this information to identify the case:**

Debtor 1  Joanne C. Evarts

Debtor 2  _____
         (Spouse, if filing)

United States Bankruptcy Court for the _____ District of New Hampshire
                                                                  (State)

Case number:  16-11056-BAH

Official Form 410S2
**Notice of Post-petition Mortgage Fees, Expenses, and Charges**                                            12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust, by and through BSI Financial Services as Loan Servicer

**Court Claim No. (if known):** 2

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX8375

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☐ No
☒ Yes.  Date of last notice: 12/29/2016

**Part 1:**  Itemize Post-petition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | 4/29/2019 (Motion for Relief) | (3) | $850.00 |
| 4. | Filing fees and court costs | 2/28/2019 (Motion for Relief Filing Fees) | (4) | $181.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify:_____ | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Marcus E. Pratt          Date  May 2, 2019
   Signature

                                  Title  Attorney

Print      Marcus E. Pratt, Esquire (NH Bar #21206, BNH #07275)
           First Name     Middle Name      Last Name

Company    Korde & Associates, P.C.

Address    900 Chelmsford Street, Suite 3102
           Number          Street

           Lowell, MA 01851
           City                        State   ZIP Code

Contact phone   Tel: (978) 256-1500              Email  bankruptcy@kordeassociates.com

15-023536 / BK11

Case No:  16-11056-BAH

**UNITED STATES BANKRUPTCY COURT**

I, Marcus Pratt, Attorney for **U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust, by and through BSI Financial Services as Loan Servicer** hereby sign this *Notice of Post-petition Mortgage Fees, Expenses, and Charges* for purposes of filing the same electronically on behalf of our client on this May 2, 2019.

Dated:  May 2, 2019

<u>/s/ Marcus Pratt</u>
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re:<br>Joanne C. Evarts | Case Number 16-11056-BAH<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust, by and through BSI Financial Services as Loan Servicer** hereby certify that on May 2, 2019 I electronically filed the foregoing *Notice of Post-petition Mortgage Fees, Expenses, and Charges* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of the U.S. Trustee
Lawrence Sumski

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Joanne C. Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

Joanne C. Evarts
P.O. Box 306
Plainfield, NH 03781

Estate of Jeremiah Evarts
18 Butternut Drive a/k/a 296 Route 12A
Cornish, NH 03745

Estate of Jeremiah Evarts
P.O. Box 306
Plainfield, NH 03781

/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

15-023536 / BK11